# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

No. 1D2025-0356

———————————————

JESSICA PROSPER,

    Appellant,

    v.

REEMPLOYMENT ASSISTANCE
APPEALS COMMISSION,

    Appellee.

———————————————

On appeal from Reemployment Assistance Appeals Commission.
Charles T. Faircloth, Jr., Chair.

May 21, 2025

PER CURIAM.

DISMISSED as untimely. *See* Fla. R. App. P. 9.110(c) ("In an appeal to review final orders of lower administrative tribunals, the appellant must file the notice with the clerk of the lower administrative tribunal within 30 days of rendition of the order to be reviewed, and must also file a copy of the notice, accompanied by any filing fees prescribed by law, with the clerk of the court.").

ROBERTS, ROWE, and TANENBAUM, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


Jessica Prosper, pro se, Appellant.

Amanda L. Neff, Deputy General Counsel, Reemployment Assistance Appeals Commission, Tallahassee, for Appellee.